No. 150. GILSTRAP ET AL. v. STANDARD OIL CO. ET AL.;
and

No. 151. GILSTRAP v. SAME. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *A. M. Gilstrap, Cora D. Gilstrap, Vera G. White,* pro se, and *Mr. A. L. Wirin* for petitioners. *Messrs. Felix T. Smith* and *Francis R. Kirkham* for Standard Oil Co. of Ohio, and *Messrs. Oscar Lawler* and *Max Felix* for Standard Oil Co. of California; *Messrs. Homer W. Buckley* and *James H. Oakley* for Earl Warren et al.; and *Messrs. Grove J. Fink* and *Percy E. Towne* for Hearst Publications, Inc., et al., respondents. Reported below: 108 F. 2d 736.